IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF BUTTE,<br><br>        Plaintiff,<br><br>    v.<br><br>TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, and ENGINEERED CONTROL SYSTEMS, INC.,<br><br>        Defendants. | 2:11-cv-00424-GEB-KJN<br><br>ORDER AMENDING THE STATUS (PRETRIAL SCHEDULING) ORDER |

        Pursuant to the parties' Joint Stipulation to Amend Scheduling Order filed on February 17, 2012, the November 7, 2011 Supplemental Status (Pretrial Scheduling) Order is amended as follows:

        All discovery shall be completed by September 10, 2012; each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before March 2, 2012, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before April 2, 2012; the last hearing date for motions shall be November 5, 2012, commencing at 9:00 a.m.; the final pretrial conference is set for January 7, 2013, at 11:00 a.m. in courtroom 10; and trial commences at 9:00 a.m. on April 9, 2013, in courtroom 10.

Dated: February 21, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge