IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF BUTTE, ) | |
| ) | 2:11-cv-00424-GEB-KJN |
| Plaintiff, ) | |
| ) | |
| v.  ) | ORDER AMENDING THE STATUS |
| ) | (PRETRIAL SCHEDULING) ORDER |
| TRAVELERS CASUALTY & SURETY ) | |
| COMPANY OF AMERICA, and ) | |
| ENGINEERED CONTROL SYSTEMS, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to the parties' Joint Stipulation to Amend Scheduling Order filed on February 17, 2012, the November 7, 2011 Supplemental Status (Pretrial Scheduling) Order is amended as follows:

All discovery shall be completed by September 10, 2012; each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before March 2, 2012, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before April 2, 2012; the last hearing date for motions shall be November 5, 2012, commencing at 9:00 a.m.; the final pretrial conference is set for January 7, 2013, at 11:00 a.m. in courtroom 10; and trial commences at 9:00 a.m. on April 9, 2013, in courtroom 10.

Dated: February 21, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28