IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COUNTY OF BUTTE, | ) | |
| | ) | 2:11-cv-00424-GEB-KJN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | (PRETRIAL SCHEDULING) |
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, and ENGINEERED CONTROL SYSTEMS, INC., | ) ) ) ) | CONFERENCE |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Joint Status Report filed January 2, 2013, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on January 14, 2013, is continued to August 5, 2013, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference. If arbitration is ongoing, the parties shall explain in the joint status report the status of the arbitration proceeding; if arbitration is completed by the status report due date, information concerning how the case should be scheduled shall be included. Further, if arbitration is completed before the status report is due, a notice of completion shall be filed as soon as possible upon its completion.

IT IS SO ORDERED.

Dated:  January 9, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1